# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 17-24V
(not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

TERESA VOORS *as next friend of* W.V., *a minor,*    *

            *

            *

         Petitioner,    *

            *

       v.          *

            *

SECRETARY OF HEALTH AND    *

HUMAN SERVICES,        *

            *

         Respondent.    *

            *

September 28, 2017

Joint Stipulation of Dismissal;
Rule 21(a); No Judgment; Order
Concluding Proceedings

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS

On September 28, 2017, pursuant to Vaccine Rule 21(a)(1)(B), the parties filed a joint stipulation stating that above-captioned case should be dismissed.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

     **IT IS SO ORDERED.**

                                /s/ Brian H. Corcoran
                                 Brian H. Corcoran
                                 Special Master